UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                                            PLAINTIFF

v.                                              No. 3:20-cr-30006

LORI JO STILLEY                                                                                      DEFENDANT

## OPINION AND ORDER

Defendant Lori Jo Stilley has filed a motion (Doc. 40) for early termination of her supervised release, and the Government has filed a response (Doc. 42) in opposition. This Court transferred jurisdiction of Ms. Stilley's supervision to the Eastern District of Arkansas on March 7, 2023, and "expressly consent[ed] that the period of . . . supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court." *See* Doc. 38. Accordingly, this Court must deny Ms. Stilley's motion because it no longer has jurisdiction over her case. *See, e.g.*, *United States v. Clark*, 405 Fed. App'x 89 (8th Cir. 2010). If Ms. Stilley wishes to pursue her motion further, she will need to re-file it in the Eastern District of Arkansas, Case No. 4:23-cr-00067, which is the transfer case that was opened for her in that district. That Court will have jurisdiction to consider her motion on the merits and to grant her request if it deems such relief appropriate.

IT IS THEREFORE ORDERED that Ms. Stilley's motion is DENIED WITHOUT PREJUDICE for lack of jurisdiction.

IT IS SO ORDERED this 5th day of February, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE